Maurice C. PEARCE, Appellant, v. HOTELS STATLER COMPANY, Inc., a Corporation, and W. E. Grove and N. L. Richardson, Appellees.

No. 9888.

United States Court of Appeals District of Columbia Circuit.

Argued April 21, 1949.

Decided May 19, 1949.

Mr. Donald Start Caruthers, Washington, D. C., for appellant.

Mr. Carl Roger Nelson, Washington, D. C., with whom Messrs. Ganson Purcell and Courts Oulahan, Washington, D. C., were on the brief, for appellee Hotels Statler Company, Inc.

Mr. Edward A. Beard, Assistant Corporation Counsel, Washington, D. C., with whom Messrs. Vernon E. West, Corporation Counsel, and Chester H. Gray, Principal Assistant Corporation Counsel, Washington, D. C., were on the brief, for appellees Grove and Richardson.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no substantial error in the record. The judgment of the District Court is therefore affirmed.

N. C. HINES, Appellant, v. Thomas E. EDWARDS, Appellee.

No. 9895.

United States Court of Appeals District of Columbia Circuit.

Argued April 21, 1949.

Decided May 19, 1949.

Mr. O. R. McGuire, Washington, D. C., with whom Miss Ivy Lee Buchanan and Mr. Ernest F. Henry, Washington, D. C., were on the brief, for appellant.

Mr. Nathan M. Brown, Washington, D. C., with whom Messrs. Samuel B. Brown and Benjamin B. Brown, Washington, D. C., were on the brief, for appellee.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no substantial error in the record. The judgment of the District Court is therefore affirmed.